W. A. CANNON ET AL. v. COMMISSIONERS OF PENDER COUNTY.

(Filed 1 December, 1915.)

**Appeal and Error—Injunction—Act Committed—Appeal Dismissed.**

On appeal from an order dissolving an order restraining county commissioners from appointing county registrars and judges of election to conduct an election previously called, it was properly made to appear that the election had been held; and there being nothing before the court for it to determine, the appeal is dismissed.

APPEAL by plaintiffs from an order dissolving a restraining order, heard 27 September, 1915; from PENDER.

Appeal from judgment rendered dissolving a temporary restraining order issued by his Honor, *Rountree, J.,* enjoining the defendants, the board of county commissioners of. Pender County, from appointing registrars and judges of election to conduct an election which had previously been called to be held 2 November, 1915.

The plaintiffs appealed.

*Bland & Bland, C. E. McCullen for plaintiffs.*
*John J. Best and H. L. Stevens for defendant.*

PER CURIAM. It has been properly brought to the attention of the Court that since the pendency of this appeal here an election under the statute for the purpose of determining whether the county shall continue a public fence has been held, and that the proposition failed to carry. There is nothing now before the Court to determine. To issue an injunction under the circumstances would be futile.

The appeal is dismissed.